NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PAR PHARMACEUTICAL, INC.,**
*Plaintiff-Appellee,*

**v.**

**NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS AG, NOVARTIS PHARMA AG, NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD. AND LTS LOHMANN THERAPIE-SYSTEME AG,**
*Defendants-Appellants.*

———————————

2015-1141

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:14-cv-00843-RGA, Judge Richard G. Andrews.

———————————

**O R D E R**

The above case appears related to *Novartis Pharms. Corp. et al. v. Par Pharm. Inc. et al.*, Fed. Cir. No. 2015-1061 and *Novartis Pharms. Corp. et al. v. Par Pharm. Inc.*, Fed. Cir. Nos. 2015-1062, 2015-1120, and 2015-1121.

Accordingly,

IT IS ORDERED THAT:

2                    PAR PHARM., INC. v. NOVARTIS PHARMS. CORP.


(1) The briefing schedule in this appeal will correspond to the briefing schedule in the related appeals. Appellants' opening brief shall be due no later than December 24, 2014, appellee's response brief shall be due no later than January 14, 2015, appellants' reply brief shall be due no later than January 28, 2015, and the joint appendix shall be due no later than February 4, 2015.

(2)  No extensions shall be anticipated.

(3) These sets of cases are companion cases and will be assigned to the same merits panel for oral argument in April 2015.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s31